RECEIVED

JAN 1 0 2017

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

EVAPCO, INC., ET AL.                         CIVIL ACTION NO. 6:16-cv-01113

VERSUS                                       JUDGE DOHERTY

MIDWEST COOLING TOWER                        MAGISTRATE JUDGE HANNA
SERVICES, LLC

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for
report and recommendation.  After an independent review of the record, and noting
the absence of any objections, this Court concludes that the Magistrate Judge's report
and recommendation is correct and adopts the findings and conclusions therein as its
own.  Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the motion for
judgment *pro confesso* that was filed by the plaintiffs, Evapco, Inc., EvapTech, Inc.,
Evapco Products, Inc. and Tower Components, Inc. (Rec. Doc. 6) is DENIED;

**IT IS ORDERED, ADJUDGED, AND DECREED** that the motion to dismiss
the plaintiffs' motion on the basis of insufficient service that was filed by the
defendant, Midwest Cooling Tower Services, Inc. (Rec. Doc. 9) is DENIED; and

**IT IS ORDERED, ADJUDGED, AND DECREED** that the plaintiffs are
given thirty days from the date of this order in which to serve the defendant.

Signed at Lafayette, Louisiana, this 10th day of January, 2017.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE